IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: March 27, 2025 |
| STEVEN TIMOTHY KYLE | : | VIOLATIONS: 18 U.S.C. § 2261A(1)(B) (interstate stalking – 1 count) 18 U.S.C. § 2261A(2)(B) (cyberstalking – 1 count) 18 U.S.C. § 875(c) (threatening communication – 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From in or about March 2024 to in or about August 2024, in Doylestown, in the Eastern District of Pennsylvania, and elsewhere, defendant

**STEVEN TIMOTHY KYLE**

traveled in interstate commerce from Virginia to Doylestown, Pennsylvania with the intent to injure, harass, intimidate, and place under surveillance with the intent to injure, harass, and intimidate A.O., a person known to the grand jury, and in the course of and as a result of such travel caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to A.O.

In violation of Title 18, United States Code, Sections 2261A(1)(B) and 2261(b)(5).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or about March 2024 to in or about September 2024, in Doylestown, in the Eastern District of Pennsylvania, and elsewhere, defendant

**STEVEN TIMOTHY KYLE,**

with the intent to injure, harass, and intimidate A.O., a person known to the grand jury, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct, including sending electronic messages that threatened A.O., that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to A.O.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 5, 2024, in Doylestown, in the Eastern District of Pennsylvania, and elsewhere, defendant

**STEVEN TIMOTHY KYLE,**

knowingly, with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate commerce a communication, that is, an electronic communication to A.O., a person known to the grand jury, which contained a threat to injure and kill A.O.

In violation of Title 18, United States Code, Section 875(c).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Section 2261A(1)(B) & (2)(B), set forth in this indictment, defendant

**STEVEN TIMOTHY KYLE**

shall forfeit to the United States of America the firearms and ammunition involved in the commission of this offense, including:

1. Black rifle with missing serial number;
2. Gray and black rifle with missing serial number;
3. Ruger Mark IV pistol, Serial No. 500527421;
4. Glock 9mm pistol, Serial No. C1AO226;
5. Greener shotgun with missing serial number;
6. 6 firearm lowers with missing serial numbers; and
7. one round of .223 ammunition.

Pursuant to Title 18, United States Code, Section 924(d).



_____
**DAVID METCALF**
**United States Attorney**

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

**THE UNITED STATES OF AMERICA**

vs.

**STEVEN TIMOTHY KYLE**

**INDICTMENT**

Counts
18 U.S.C. § 2261A(1)(B) (interstate stalking – 1 count)
18 U.S.C. § 2261A(2)(B) (cyberstalking – 1 count)
18 U



F

Bail, $