IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| STEVEN TIMOTHY KYLE | : | |

## ORDER FOR BENCH WARRANT

AND NOW, this 27th day of MARCH, 2025, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE CRAIG M. STRAW
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| STEVEN TIMOTHY KYLE | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 27th day of MARCH 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Catherine S. Dos Santos & Priya T. DeSouza, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Catherine S. Dos Santos*
Catherine S. Dos Santos
Assistant United States Attorney

*/s/ Priya T. DeSouza*
Priya T. DeSouza
Assistant United States Attorney