IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN TIMOTHY KYLE** | **CRIMINAL ACTION**<br><br>**NO. 25-122-KSM-1** |

## ORDER

**AND NOW**, this 28th day of May, 2025, upon consideration of Defendant Steven Kyle's Appeal of Magistrate Judge Carol Sandra Moore Wells's pretrial detention order (Doc. No. 16), the Government's opposition (Doc. No. 23), and following a hearing on the Appeal on May 20, 2025, the Court finds as follows:

1. For the reasons set forth in the accompanying Memorandum and by the Court during the May 20, 2025 motion hearing, the Government has proven by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community, as required by 18 U.S.C. § 3142(e) and (f)(2).

2. Defendant's appeal (Doc. No. 18) is thus **DENIED** and the pretrial detention order entered by Judge Wells on April 8, 2025 (Doc. No. 12) is **AFFIRMED**.

3. Defendant will thus be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States, or on request of an attorney for the government, the person in charge of the

corrections facility in which the defendant is confined deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

<u>/s/ *Karen Spencer Marston*</u>
KAREN SPENCER MARSTON, J.