IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiffs,<br><br>　　*v.*<br><br>**STEVEN TIMOTHY KYLE,**<br><br>　　　　　　Defendant. | **CRIMINAL ACTION**<br><br>No. 25-cr-122-KSM |

### ORDER

**AND NOW**, this 5th day of January, 2026, upon consideration of Defendant Steven Kyle's Motion for Reconsideration of Pretrial Detention (Doc. No. 40), and the United States of America's Opposition brief (Doc. No. 41), it is **ORDERED** that Motion is **DENIED.** For the reasons set forth in the accompanying Memorandum, and incorporating the findings and analysis set out in the Court's May 28, 2025, Memorandum, and pursuant to 18 U.S.C. § 3142(f)(2)(B), Defendant has not raised any new information that was not known at the time of the Court's first detention hearing that materially alters the Court's view that no condition or combination of conditions of Defendant's release will ensure the safety of the community.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Karen Spencer Marston
　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.